David G. Barker (#024657)
Rachael Peters Pugel (#032626)
Zachary G. Schroeder (#036226)
SNELL & WILMER L.L.P.
1 E. Washington Street, Suite 2700
Phoenix, AZ 85004
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: dbarker@swlaw.com
        rpugel@swlaw.com
        zschroeder@swlaw.com
*Attorneys for Plaintiff Photography By Frank Diaz LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Photography By Frank Diaz LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Friends of David Schweikert, a principal campaign committee, David Schweikert, and Joyce Schweikert, husband and wife,<br><br>Defendants. | No. CV-22-01170-PHX-JAT<br><br>**NOTICE OF SETTLEMENT** |

    Plaintiff Photography By Frank Diaz LLC and defendants Friends of David Schweikert, David Schweikert, and Joyce Schweikert (collectively, the "Parties") hereby give notice that they have reached a settlement resolving this matter and are working to finalize that settlement, which the parties estimate may take 30 days. Once a settlement is finalized, the parties intend to file a stipulated notice of dismissal.

1  DATED this 10th day of July, 2023.

SNELL & WILMER L.L.P.

By: *s/ Rachael Peters Pugel*
David G. Barker
Rachael Peters Pugel
Zachary G. Schroeder
1 E. Washington Street, Suite 2700
Phoenix, AZ 85004

*Attorneys for Plaintiff Photography By Frank Diaz LLC*


TIMOTHY A. LA SOTA, PLC

By: *s/ Rachael Peters Pugel (w/ permission)*
Timothy A. La Sota
2198 E. Camelback Rd., Suite 305
Phoenix, Arizona 85016

*Attorney for Defendants Friends of David Schweikert, David Schweikert, and Joyce Schweikert*