# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Photography By Frank Diaz LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Friends of David Schweikert, a principal campaign committee, David Schweikert, and Joyce Schweikert, husband and wife,<br><br>Defendants. | No. CV-22-01170-PHX-JAT<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT** |

The Court, having reviewed the Parties' Joint Stipulation of Dismissal of Claims With Prejudice Pursuant to Settlement Agreement, and good cause appearing,

**IT IS ORDERED** granting the stipulation (Doc. 82) such that this case, Case No. CV-22-01170-PHX-JAT, is dismissed WITH PREJUDICE, with each party to bear their own attorneys' fees and costs.

Dated this 23rd day of August, 2023.

James A. Teilborg
Senior United States District Judge